IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>vs.<br><br>JACQUELINE HOYLE CRADDOCK,<br>　　　　　Defendant.<br>and<br><br>ALLIANCE DOCUMENT SOLUTIONS, INC.,<br>　　　　　Garnishee. | **CASE NO. 3:01CR61**<br>(Financial Litigation Unit) |

## DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is **ORDERED** that the Writ of Garnishment filed in this case against the defendant Jacqueline Hoyle Craddock is **DISMISSED**.

Signed: September 23, 2010

Richard L. Voorhees
United States District Judge